## Cummings-Landau Laundry Machinery Company, Appellee, v. Harry Koplin et al., Appellants.

### Gen. No. 42,361.

opinion filed May 10, . 1943. Levinson, Becker, Peebles & Swiren, for appellants; Don M. Peebles, Herbert Portes and Theodore R. Sherwin, of counsel; Gurman & Eberle, for appellee; Samuel P. Gurman, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

## J. Kent Greene, Appellant, v. John Toman and United States Fidelity and Guaranty Company, Appellees.

### Gen. No. 42,399.

opinion filed May 10, 1943. J. Kent Greene, *pro se;* James Todd, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."